*Exhibit A*

## LEGAL DESCRIPTION ADDENDUM

| Borrower Name(s):<br>GLENN E BUNN, DIANE J BUNN | Lender:<br>Accredited Home Lenders, Inc.<br>A California Corporation<br>15090 Avenue of Science<br>San Diego, CA 92128 |
|---|---|
| | Loan #:  0508051435 |

**Property Address:**
57 NORTH CHERRYWOOD AVENUE
DAYTON, OH 45403

**Legal Description:**
SITUATED IN THE CITY OF DAYTON, COUNTY OF MONTGOMERY, STATE OF OHIO AND BEING
LOTS NUMBERED 42788 AND 42789 OF THE CONSECUTIVE NUMBERS OF LOTS ON THE
REVISED PLAT OF THE SAID CITY OF DAYTON, OHIO.

Initials

MIN # 100176105080514352

AHL 610101L.UFF

BUNN
Page 1 of 1

Loan #    0508051435