Exhibit B

88.00 05/09/11 10:18:28
DM-11-027473  0001
Montgomery County
Willis E. Blackshear Recorder

## CERTIFICATE OF RELEASE
(Without Satisfaction of Debt)

MERS MIN#: 100176105080142899  PHONE#: (888) 679-6377

Customer#: 686  Service#: 3650439RL1

Loan#: 0011793114

KNOW ALL MEN BY THESE PRESENTS: that the undersigned, holder of a certain mortgage to secure the amount of 69,600.00, whose parties, dates and recording information are below, does hereby cancel and discharge said mortgage. *PROVIDED, HOWEVER, that this instrument in no way releases the Borrower(s) from repayment and all other obligations under the Note which is secured by the Deed being released in this instrument.*
Original Mortgagor: GLENN E. BUNN AND DIANE J. BUNN, HUSBAND AND WIFE
Original Mortgagee: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR ACCREDITED HOME LENDERS, INC., ITS SUCCESSORS AND ASSIGNS
Dated: AUGUST 12, 2005  Recorded on: SEPTEMBER 12, 2005 as Instrument No. 05-091864 in VOLUME# --- at Page No. ---

County of MONTGOMERY, State of OHIO Legal Description: SITUATED IN THE CITY OF DAYTON, COUNTY OF MONTGOMERY, STATE OF OHIO AND BEING LTOS NUMBERED 42788 AND 42789 OF THE CONSECUTIVE NUMBERS OF LOTS ON THE REVISED PLAT OF THE SAID CITY OF DAYTON, OHIO.
IN WITNESS WHEREOF, THE UNDERSIGNED, BY THE OFFICER DULY AUTHORIZED, HAS DULY EXECUTED THE FOREGOING INSTRUMENT ON 5-4-11
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR ACCREDITED HOME LENDERS, INC.

By: _____
    [signature] Assistant Secretary

State of  FLORIDA      }
County of DUVAL        } ss.

On 5-4-11, before me, Shanda Simmons, a Notary Public, personally appeared Bridget Williams, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
Witness my hand and official seal.

_____
(Notary Name):
My commission expires: _____

[Notary Seal: SHANDA SIMMONS, MY COMMISSION # EE 009429, EXPIRES: July 18, 2014, Bonded Thru Notary Public Underwriters]

PREPARED BY:  T.D. Service Company, 1820 E. First St., Suite 300
              Santa Ana, CA 92705, ESPERANZA CHAVEZ

And When Recorded Mail To:  T.D. Service Company, 1820 E. First St., Suite 300, Santa Ana, CA 92705