IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT
WESTERN DIVISION - DAYTON

| | | |
|---|---|---|
| IN RE: Diana J. Bunn | ) | CHAPTER 13 |
| **Debtor** | ) | |
| | ) | CASE NO. 21-30321 |
| | ) | |
| Diana J. Bunn | ) | ADVERSARY NO. 21-03013 |
| Plaintiff | ) | |
| | ) | JUDGE HUMPHREY. |
| -vs- | ) | |
| | ) | STIPULATED EXTENSION OF TIME TO FILE |
| Lone Star Funds, et al. | ) | ANSWER TO ADVERSARY COMPLAINT |
| Defendants | ) | |
| | ) | |

Defendant BANK OF AMERICA, N.A. as successor to Mortgage Electronic Registration

System as nominee for Accredited Home Lenders, Inc. and Plaintiff Diana J. Bunn, by and through

their respective attorneys, hereby stipulate that Defendant is granted an extension through and

including July 27, 2021 within which to file its Answer to the Adversary Complaint.

SUBMITTED AND AGREED TO BY:

/s/ Katherine D. Carpenter
Reimer Law Co.
Katherine D. Carpenter #0096867
Mike L. Wiery #0068898
30455 Solon Road
Solon, Ohio 44139
Phone No. 440-600-5500
Fax No. 440-600-5521
kcarpenter@reimerlaw.com

/s/ Christopher S. Owen
Christopher S. Owen #0080766
Arthur Law Office
4630 Salem Ave
Dayton, OH 45416
(937) 278-9333
(937)278-6974 (Fax)
Arthurlawoffices2@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Stipulation** was served (i) electronically on the date
of filing through the Court's ECF System on all ECF participants registered in this case at the
email address registered with the Court and (ii) by ordinary U.S. Mail on June 28, 2021,
addressed to:

/s/ Katherine D. Carpenter
Reimer Law Co.
Katherine D. Carpenter #0096867
Mike L. Wiery #0068898
30455 Solon Road
Solon, Ohio 44139
Phone No. 440-600-5500
Fax No. 440-600-5521
kcarpenter@reimerlaw.com